**Gary Duey DULA, Plaintiff—Appellant,**

v.

**NATIONAL SECURITY AGENCY; ITT Corporation; Northrop Grumman Corporation, Defendants—Appellees.**

No. 08–2352.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 20, 2009.

Decided: Aug. 24, 2009.

Gary Duey Dula, Appellant Pro Se. Michael Patrick Grady, Allen F. Loucks, Assistant United States Attorneys, Baltimore, Maryland; Adam Harrison Garner, McGuirewoods, LLP, Baltimore, Maryland; Aniya M. Dunkley, Charys Scotton Williams, Morgan Lewis & Bockius, LLP, Washington, D.C., for Appellees.

Before WILKINSON and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gary Duey Dula appeals the district court's order dismissing Dula's complaint and denying him injunctive and mandamus relief. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the dis-

trict court. *Dula v. Nat'l Sec. Agency,* No. 8:08–cv–00427–DKC (D.Md. Nov. 4, 2008). We deny Dula's motions for mandamus and general relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*